NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

---

**EDUARDO H. HINOJOSA,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7099

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-258, Judge Ronald M. Holdaway.

---

## ON MOTION

---

## ORDER

The Secretary of Veterans Affairs moves without opposition to stay the briefing schedule in this appeal pending the United States Supreme Court's final disposition of *Henderson v. Shinseki*, 2010 WL 752370 (U.S. June 28, 2010).

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to stay the briefing schedule pending the
Supreme Court's final disposition of *Henderson* is granted.
The Secretary is directed to inform this court, within 14
days of the Supreme Court's final disposition of *Hender-
son*, concerning how he believes that this appeal should
proceed.   The appellant may also respond within that
time.

FOR THE COURT

**AUG 2 6 2010**
_____

Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Eduardo H. Hinojosa
     Tara K. Hogan, Esq.

s20

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

**AUG 2 6 2010**

JAN HORBALY
CLERK